**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01376-LTB

WILLIAM A. MAUNZ,

      Plaintiff,

v.

DEPUTY VELEZ, Badge No. 06 hisp./male,
DEPUTY HARRIS, Badge No. 92 blk./male,
DENVER COUNTY JAIL/DENVER DETENTION CENTER,
SHERIFF OF DENVER,
GARY WILSON, Undersheriff, and
OFFICE OF THE MAYOR,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's "Motion for Refiling Prisoner's/Civil Complaint, Title 42 § 1983" (Doc. #7) filed on August 23, 2011, is DENIED because Plaintiff fails to allege the existence of any circumstances that would justify reopening this action.

Dated:  August 24, 2011